**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DENNIS SWEENEY** : | |
|     **Plaintiff,** : | |
| : | **CIVIL ACTION NO. 02-CV-4043** |
| **v.** : | |
| : | |
| **THE STANDARD INSURANCE CO.** : | |
|     **Defendant,** : | |

## ORDER

**AND NOW**, this 16th day of July 2002, upon consideration of Plaintiff's Unopposed Motion to File Amended Complaint (Doc. 8), **IT IS HEREBY ORDERED and DECREED** that Plaintiff's Motion is **GRANTED**. Plaintiff shall file an Amended Complaint within twenty (20) days from the date of this order, on or before **Friday, July 26, 2002**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss and to Strike Jury Demand (Doc. 2) is **DENIED AS MOOT**. Defendant is granted leave to file an amended Motion to Dismiss in response to Plaintiff's Amended Complaint.

                                                                     **BY THE COURT:**

                                                                      **Hon. Petrese B. Tucker, U.S.D.J.**