IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENNIS P. SWEENEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 02-CV-4043 |
| | : | |
| THE STANDARD INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

## **LINE**

This is to inform the Court that Eric Paltell, local counsel for Defendant Standard Insurance Company, has changed law firms. Defendant is now represented by Eric Paltell, Kollman & Saucier, P.A., 20 S. Charles Street, Eighth Floor, Sun Life Building, Baltimore, Maryland 21201, telephone number (410) 727-4300. Jennifer Clark and Piper Rudnick shall continue as local counsel for Standard.

Respectfully submitted,

_____
Eric Paltell
Kollman & Saucier, P.A.
Sun Life Building, 8th Floor
20 S. Charles Street
Baltimore, Maryland 21201
(410) 727-4300

Attorneys for Defendant
**STANDARD INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this _____ day of August, 2002, a copy of the foregoing Line was sent by first class mail, postage prepaid, to James T. Huber, Esquire, Huber & Waldron, 535 Hamilton Mall, Suite 301, Allentown, Pennsylvania 18101, counsel for Plaintiff.

      _____
      Eric Paltell