IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENNIS P. SWEENEY | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| THE STANDARD INSURANCE COMPANY | : | NO. 02-cv-4043 |
| | : | |

## AMENDED SCHEDULING ORDER AND TRIAL PROCEDURE

AND NOW, this      day of December, 2002, all dates in the Scheduling Order of August 6, 2002 are extended by fifteen (15) days.

BY THE COURT:

_____
Michael M. Baylson, J

O:\Kashner\Scheduling - Judge Baylson\Sweeney Amended Scheduling Order 02-4043.wpd