IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS P. SWEENEY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No.: 02-CV-4043 |
| : | |
| THE STANDARD INSURANCE : | |
| COMPANY, : | |
| : | |
| Defendant. : | |
| : | |

## **ORDER**

Upon consideration of Defendant's Motion for Summary Judgment, Memorandum in support, and any opposition having been filed by Plaintiff, IT IS, this

_____ day of _____, 2003, ORDERED that:

    1.    Defendant's Motion shall be, and the same hereby is GRANTED.

    2.    Plaintiff's Amended Complaint is hereby DISMISSED WITH PREJUDICE.

    3.    That the Clerk of Court shall mail copies of this Order to all parties.

_____
The Honorable Michael Baylson
United States District Court Judge