DATE OF NOTICE: June 20, 2003

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENNIS P. SWEENEY | : | CIVIL ACTION |
| v. | : | |
| THE STANDARD INSURANCE COMPANY | : | NO. 02-4043 |

## NOTICE

Oral argument will be held on Wednesday, July 9, 2003 at 4:00 p.m. with the Honorable Michael M. Baylson with respect to Plaintiff's and Defendant's Motions for Summary Judgment.

Please call Chambers at 267.299.7520 for the courtroom assignment.

                                                                          _____
                                                                          Lynn Meyer
                                                                          Deputy Clerk to Judge Baylson
                                                                          267.299.7521

cc:   James T. Huber, Esquire (fax)
        Eric Paltell, Esquire (fax)
        Jennifer E. Clark, Esquire (fax)
        Jonathan S. Nash, Esquire (mail)

O:\Notices\Sweeney v. Standard Ins. 02-4043 oral argument notice.wpd