DATE OF NOTICE: July 10, 2003

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENNIS P. SWEENEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE STANDARD INSURANCE COMPANY | : | NO. 02-4043 |

### AMENDED NOTICE

Oral argument regarding Plaintiff's and Defendant's Cross-Motions for Summary Judgment has been rescheduled from Thursday, July 24, 2003 to Friday, July 25, 2003 at 2:00 p.m. with the Honorable Michael M. Baylson. Please call Chambers at 267.299.7520 for the courtroom assignment.

                                                      Lynn Meyer
                                                    Deputy Clerk to Judge Baylson
                                                    267.299.7529

cc:    James T. Huber, Esquire (fax)
        Eric Paltell, Esquire (fax)
        Jennifer E. Clark, Esquire (fax)
        Jonathan S. Nash, Esquire (mail)

O:\Notices\Sweeney v. Standard Ins. 02-4043 amended notice.wpd