```
                 IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF PENNSYLVANIA


Dennis P. Sweeney
                                       02-CV-4043
                                       District Court Docket Number
         vs.

The Standard Insurance Company

Notice of Appeal Filed 8/27/03
Court Reporter(s)/ESR Operator(s)   ESR



Filing Fee:
         Notice of Appeal  X  Paid ____Not Paid      ____Seaman
         Docket Fee        X  Paid ____Not Paid      ____USA/VI

CJA Appointment (Attach Copy of Order)

  X  Private Attorney
____Defender Association or Federal Public Defender
____Motion Pending


Leave to Proceed In Forma Pauperis status, if applicable: (Attach
copy of the Order)

____Motion Granted
____Motion Denied
____Motion pending before district judge


Certificate of probable cause (state habeas corpus): (Attach copy
of the Order)

____Granted
____Denied
____Pending

C: USCA
   Appeals Clerk
   Hon. M. M. Baylson

                              Defendant's Address (for criminal appeals)

_____
_____
_____

                         Prepared by :_____
                                      Deputy Clerk Signature/Date

      PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
         THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS
notapp.frm
```